1
2
3
4
5
6                                                                JS-6
7
8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
10

| 11 | VOLUMECOCOMO APPAREL, INC., a California corporation, | Case No. CV11-01771 JAK (SSx) |
|----|---|---|
| 12 | Plaintiff, | **ORDER ON STIPULATION OF DISMISSAL OF AMERICAN APPAREL, INC.** |
| 13 | vs. | |
| 14 | ROSS STORES, INC., a Delaware corporation; LEON MAX, INC., a California corporation; AMERICAN APPAREL, INC., a New Jersey corporation; AMERICAN DREAM CLOTHING, INC., a California corporation; and DOES 1 through 10, | |
| 18 | Defendants. | |

1
[PROPOSED] ORDER ON STIPULATION OF DISMISSAL OF AMERICAN APPAREL, INC.
125278.1

Pursuant to a stipulation between Plaintiff VolumeCocomo Apparel, Inc. and Defendant American Apparel Global Corp., erroneously sued as American Apparel, Inc., the Court orders that American Apparel, Inc. be dismissed from the above-captioned action, with prejudice. Each party shall bear its own costs, attorneys' fees and court fees.

IT IS SO ORDERED.

Dated: May 3, 2012      _____

Hon. John A. Kronstadt
United States District Court Judge